**STATE OF MONTANA,**
**Plaintiff,**                                          **No. DC-04-1027**
**vs.**                                                       **Decision**
**BRIAN KUNTZ,**
**Defendant,**

On June 14, 2005, the defendant was sentenced to a commitment to the Department of Corrections for a term of thirteen (13) months, with five (5) years suspended, for the offense of DUI, Fourth or Subsequent Offense, a felony.

On May 4, 2006, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

Defense counsel, James Siegman, was present and prepared to represent the defendant on the defendant's behalf. The defendant had filed a Waiver of Presence with the Sentence Review Division and was not present. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 4th day of May, 2006.
DATED this 26th day of May, 2006.
Chairperson, Hon. John W. Whelan, Member, Hon. Randal I. Spaulding and Member, Hon. Katherine Irigoin.